UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. JONES,<br><br>        Petitioner,<br><br>    v.<br><br>WARDEN,<br><br>        Respondent. | No. 1:19-cv-00477-DAD-JDP<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND CONVERTING PETITION TO A CIVIL RIGHTS ACTION<br><br>(Doc. No. 5) |

Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 17, 2019, the assigned magistrate judge issued an order to show cause as to why the case should not be summarily dismissed. (Doc. No. 2.) In it, the magistrate judge noted that although the petition was labeled as a writ of habeas corpus under § 2254, it did not challenge petitioner's underlying criminal conviction or sentence. Instead, petitioner alleged in his writ that his confinement in a cell with another inmate amounted to deliberate indifference. Recognizing that the petitioner may instead be attempting to state a claim for violation of his civil rights under 42 U.S.C. § 1983, the magistrate judge permitted petitioner to file a complaint under § 1983. (*Id.* at 3.) Petitioner did so on June 17, 2019. (Doc. No. 3.) Accordingly, on July 15, 2019, the

1

assigned magistrate judge issued findings and recommendations, recommending that petitioner's habeas petition be converted to a civil rights case under 42 U.S.C. § 1983. (Doc. No. 5.) The findings and recommendations were served on petitioner and contained notice that any objections were to be filed within fourteen days after service. (*Id.* at 2–3.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on July 15, 2019 (Doc. No. 5) are adopted in full;
2. The clerk is directed to convert this case into a civil rights action brought pursuant to 42 U.S.C. § 1983, under the complaint filed on June 17, 2019 (Doc. No. 3); and
3. The matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **October 9, 2019**

UNITED STATES DISTRICT JUDGE